IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00876-WYD-MJW

JOSHUA O. ROBERTS,

    Plaintiff,

v.

WILFRIDO CHAVEZ-PAREDES; and
GUERRERO'S DRY WALL, INC., a Texas corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Stipulation for Dismissal with Prejudice. After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice. Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

    Dated: October 28, 2008

                      BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Chief Judge